**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02088-CMA
Criminal Action No. 01-cr-00165-CMA-CBS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ALBERT CELIO,

 Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

 Movant has filed a notice of appeal from this Court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The Court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

 ORDERED that a certificate of appealability will not be issued.

 DATED at Denver, Colorado this __12th__ day of September, 2011.

        BY THE COURT:

        _____
        CHRISTINE M. ARGUELLO
        United States District Judge