# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-02088-CMA
Criminal Action No. 01-cr-00165-CMA-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERT CELIO,

    Defendant/Movant.

## ORDER TO CURE DEFICIENCY

Movant submitted a Notice of Appeal on September 7, 2011. The Court has determined that the document is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
   _X_ is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
   _X_ is not submitted
   ___ is missing affidavit
   ___ is missing required financial information
   ___ is missing an original signature by the prisoner
   ___ is not on proper form (must use the court's current form)
   ___ other _____

Accordingly, it is

ORDERED that Movant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Movant files in response to this order must include the civil action number and criminal action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Movant, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   12th   day of September, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge